WHEEL REALTY CORPORATION, Appellant, v. LE RUSS, INC., Respondent.—

---

* Affd., 263 N. Y. 546.          † Affd., 263 N. Y. 633.

Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.